IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONNIE RYAN, AS PERSONAL REPRESENTATIVE OF MARK RYAN AND THE ESTATE OF MARK RYAN<br>    Plaintiff<br><br>vs.<br><br>HERCULES OFFSHORE, INC., HERCULES LIFTBOAT COMPANY, LLC NOBLE DRILLING, INC. AND WILD WELL CONTROL, INC.<br>    Defendants. | § § § § § § § § § § § § § | CAUSE NO. 4:12-cv-03510<br>ADMIRALTY |

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND

Came on for consideration Plaintiff's Motion to Remand and Defendant Wild Well Control, Inc.'s Response to Plaintiff's Motion to Remand. After consideration, the Court denies Plaintiff's Motion to Remand.

SO ORDERED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE