UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONNIE RYAN, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-3510 |
| | § | |
| HERCULES OFFSHORE, INC., *et al.*, | § | |
|     Defendants. | § | |

## ORDER

Pending before the court is a motion for summary judgment filed by defendant Noble International Limited ("Noble") (Dkt. 39), a motion for summary judgment filed by defendant Wild Well Control, Inc. ("Wild Well") (Dkt. 38), and a motion to continue filed by plaintiff Jonnie Ryan, as personal representative of Mark Ryan, and the Estate of Mark Ryan (Dkt. 43). Ryan's counsel obtained a continuance of the deadline for general discovery for unrelated reasons subsequent to the filing of these motions. Dkt. 60. General discovery is now scheduled to be completed by October 17. *Id.* At this point, the court finds that the most efficient course would be to GRANT the motion for continuance and allow the parties to submit additional briefing on the motions for summary judgments that takes into account any relevant new evidence uncovered since the motions were originally filed. Accordingly, Ryan's motion for a continuance is GRANTED. The court will not consider the motions for summary judgment until after the general discovery deadline. Noble and Wild Well may file supplemental briefing related to the issues currently briefed on or before October 30, 2014. Ryan may supplement her response to the original and supplemental briefing on or before November 19, and Noble and Wild Well have five days to submit a reply.

    Signed at Houston, Texas on September 17, 2014.

 

_____
Gray H. Miller
United States District Judge