# CURRICULUM VITAE
## MARVIN A. WAYNE, MD, FACEP, FAAEM, FAHA
Associate Clinical Professor University of Washington
Medical Program Director Whatcom County Washington
Attending Emergency Department PeaceHealth St. Joseph Medical Center

| | |
|---|---|
| Date of Birth: | December 11, 1943 - Detroit, Michigan |
| Pre-Medical Education: | University of Michigan (accelerated 6 years program with medical school) |
| Medical Education: | University of Michigan, 1968 |
| Fellowship: | St. Bartholomew's Hospital, London, England, January-June 1968 |
| Specialty Training (Surgery): | University of Colorado Medical Center, Denver, Colorado, 1968-1971; Virginia Mason Hospital, Seattle, Washington, 1973-1974 |
| Military: | Major, U.S. Army Medical Corps, Dept. of Surgery (Republic of Vietnam and Ft. Carson, Colorado) |
| Board Certified: | American Board of Emergency Medicine, 1980<br>Recertification 1989, 1998, and 2008<br>American Board of Forensic Medicine, 1995<br>American Board of Forensic Examiners, 1995 |
| Licensure: | Washington, Colorado, California |
| Personal Data: | Married, two children |
| Home Address: | 456 14th Street, Bellingham, Washington 98225 |
| Office Address: | 1800 Broadway, Bellingham, Washington 98225<br>Home: (360) 676-8939; office: (360) 778-8454<br>Mobile 360-303-2715 FAX: (360) 778-8401<br>E-mail: mwayne@cob.org |

## ADVANCED CERTIFICATION
1. Instructor, Pediatric Advanced Life Support
2. Instructor, Advanced Cardiac Life Support
3. Instructor, Advanced Trauma Life Support
4. Instructor Advanced Hazmat Life Support

**MARVIN A. WAYNE, M.D., F.A.C.E.P**
Page Two

## APPOINTMENTS AND ELECTIONS

1. Associate Clinical Professor, University of Washington School of Medicine, 1994-present; Associate Clinical Professor, University of Washington School of Public Health, 1990-1994; Assistant Clinical Professor, University of Washington School of Public Health, 1982-1990.
2. Assistant Clinical Professor, Yale University School of Medicine, 1997-2007
3. Medical Program Director, Emergency Medical Services, Bellingham/Whatcom County, Washington, 1974-present.
4. Medical Director, Med-Flight Air Medical Service, Bellingham, Washington, 1984-1999.
5. Member, Governors EMS-Trauma Committee, Washington State, 1988-2002
6. Medical Director, Bellingham Technical College Paramedic Training Program, 1998-present.
7. Member, Washington State Pre-Hospital Care Committee, 1990-present.
8. Consultant Physician, Divers Alert Network.
9. Board of Directors, Society for Pediatric Emergency Medicine, 1988-1994.
10. Board of Directors, National Association of EMS Physicians, 1986-1990.
11. Chairman, Department of Emergency Medicine, St. Luke's Hospital, Bellingham, Washington, 1984-1986.
12. Vice Chairman, Department of Emergency Medicine, St. Luke's Hospital, Bellingham, Washington, 1980-1983.
13. Medical Director, Institute for Pre-Hospital Medicine, Bellingham, Washington, 1980-1987.
14. Chairman, Emergency Medical Services Committee, State of Washington, 1982-1986.
15. Vice Chairman, Emergency Medical Services Committee, State of Washington, 1982-1983.
16. Chairman, Pediatric Trauma Subcommittee, 1988-1991.
17. Program Coordinator, National Association of EMS Physicians, 1986-1989.
18. President, Emergency Medical Services Council, Whatcom County, Washington, 1979.
19. President, Washington Chapter, American College of Emergency Physicians, 1978.
20. Member, Board of Directors, Washington Chapter, American College of Emergency Physicians, 1977-1984.
21. Medical Advisor, Mt. Baker Ski Patrol, Whatcom County, Washington.
22. Member, Washington State Medical Society, EMS Advisory Committee, 1978-present.
23. Member, Long Range Planning Committee, American College of Emergency Physicians, 1980-1981.
24. Member, Council Steering Committee, American College of Emergency Physicians, 1980-1982.
25. Member, Joint Review Committee on the Education of the EMT-Paramedic, 1980-present.
26. Medical Coordinator for Breaking Sound Barrier on Land, 1979.
27. Member, Scientific Meetings Committee, American College of Emergency Physicians, 1984-1986.

NOBLE00466

MARVIN A. WAYNE, M.D., F.A.C.E.P
Page Three

## PROFESSIONAL SOCIETIES and Fellowships
1. Fellow, American Heart Association (FAHA) 2012 – present.
2. Fellow, American Academy of Emergency Medicine (FAAEM) 2003- present.
3. Life Fellow, American College of Emergency Physicians (FACEP), 1982-present.
4. Fellow, Royal Society of Medicine (England) (FRSM), 1992-present.
5. Fellow American College of Forensic Medicine. 1997-present
6. Society for Academic Emergency Medicine.
7. Israel Medical Association
8. Society of Critical Care Medicine.
9. Society of Pediatric Emergency Medicine - Founding Member. (Now AAP-ACEP)
10. American Trauma Society, Founding Member.
11. National Association of EMS Physicians, Founding Member.
12. American Heart Association.
13. Washington State Medical Society.
14. Whatcom County Medical Society.
15. National Association of EMT's.
16. Wilderness Medical Society.
17. The International Trauma Anesthesia and Critical Care Society.

## AWARDS
1. Recipient 2010 American College of Emergency Physicians National EMS Award
2. "Physician of Excellence Award" St. Joseph Hospital-PeaceHealth Jan 2010
3. "Heroes of Emergency Medicine" Life Achievement Award 2008 by American College of Emergency Physicians
4. American Red Cross Lifetime Achievement "Real Heroes" Award, 2000.
5. Mt. Baker Ski Patrol – "Patroller of the Year 2010-2011"
6. Twenty years "Special Achievement Award", City of Bellingham, Washington, 1994.
7. Chosen one of 100 most influential people of past century in Whatcom County, 1990.
8. Elected to "Who's Who in America", 1994.
9. 15-year special award for "Outstanding Achievement in EMS" from Whatcom County EMS Council, 1989.
10. Elected to "Who's Who in American Science and Health Care", 1982.
11. Elected to "Who's Who in the West", 1987.
12. EMS Research Award, 1983, Washington Association of EMT's and Paramedics.
13. Outstanding Advanced Life Support System Award, State of Washington, 1983.
14. Outstanding Educational Achievement Award, American College of Emergency Physicians/Abbott Laboratories, 1982.
15. Nominee, Jefferson Award 1980.
16. Outstanding Achievement in EMS, 1980 Awarded by Whatcom County Emergency Medical Services Council.

## MAJOR LECTURESHIPS
I annually speak at from fifteen to twenty national and international educational programs (a list is available on request).

NOBLE00467

MARVIN A. WAYNE, M.D., F.A.C.E.P
Page Four

## AUDIOVISUAL

1. Editor 24/7 Emergency Medical Updates for EMS
2. Evaluation and Management of Chest Pain in a Community ED Virginia Commonwealth University, MCV Campus 2001.
3. Member, Editorial Board "Trauma Care", 1999-present.
3. Editor, Emergency Medical Update, 1986-1994.
4. Using Anti-Shock Trousers, Editor, Emergency Training, 1983.
5. Cardiac Care Units 1, 2, 3, Editor, Emergency Training, 1983.
6. Tension Pneumothorax and Use of McSwain Dart, Medical Dynamics, 1980.
7. Using the Anti-Shock Trousers, Western Washington University, 1980.

## FILMS

1. Technical advisor and story consultant "21 and A Wakeup" – A story of Vietnam, DMZ Productions Oct 2009
2. Emergency Management of the Multiple Trauma Patients, American College of Emergency Physicians, 1982.

## PUBLICATIONS

1. Wayne, MA Intubation with Ongoing CPR, letter to editor, Resuscitation Nov 2013
2. Franscone R, Wayne M, Swor R, et al Treatment of Non-Traumatic Out-of-Hospital Cardiac Arrest with Active Compression Decompression Cardiopulmonary Resuscitation plus an Impedance Threshold Device, Resuscitation, May 2013
3. Wayne, MA, Tupper, D, et al. Modified Rankin Score at Hospital Discharge is Predictive of One Year Neurologic Function in Survivors After Cardiac Arrest, Best Abstract NAEMSP Jan 2013
4. Selker, H, Beshansky, J, Sheehan, P, Wayne, M, et al Out of Hospital Administration of Intravenous Glucose-Insulin-Potassium in Patients with Suspected Acute Coronary Syndromes, The IMMEDIATE Randomized control trial, JAMA, March 27, 2012
5. Wayne, M, Mosesso, V, Wesley, K The out of hospital management of Acute Heart Failure, in Short Stay Management of Acute Heart Failure 2nd edition: Humana Press, Feb 2012
6. Wayne M, Tupper D, Swor R et al. Improvement of long-term neurological function after sudden cardiac death and resuscitation: Impact of CPR method and post-resuscitation care. Resuscitation 2001 Vol. 82 Supplement 1, Page S3
7. Frascone R, Wayne M, Mahoney B et al. Active compression decompression cardiopulmonary resuscitation and augmentation of negative intrathoracic pressure is neuro-protective in patients with an out-of-hospital cardiac arrest. Resuscitation 2011 Vol. 82 Supplement 1, Page S3
8. Mahoney B, Frascone R, Wayne M et al. Use of an impedance threshold device with active compression decompression cardiopulmonary resuscitation improves survival with good neurologic function following cardiac arrest from non-traumatic etiologies *Resuscitation* 2011 Vol. 82 Supplement 1, Pages S1-S2
9. Aufderheide TP, Frascone RJ, Wayne MA, et al: Standard cardiopulmonary resuscitation

NOBLE00468

versus active compression-decompression cardiopulmonary resuscitation with augmentation of negative intrathoracic pressure for out-of-hospital cardiac arrest: results of a randomized trial. The Lancet Jan 25, 2011
10. Aufderheide TP, Frascone RJ, Wayne MA, et al: Treatment of out-of-hospital cardiac arrest with an impedance threshold device and active compression decompression cardiopulmonary resuscitation improves survival with good neurologic function: Results from the ResQTrial. (Oral abstract presentation at Resuscitation Science Symposium (ReSS) at American Heart Association 2010 Scientific Sessions, Chicago, Illinois, November 13-14, 2010). Circulation November 23, 2010; 122(21):S2225.
11. Wayne, MA, McDonnell, MM, Comparison of Traditional vs. Video Laryngoscopy in Out of Hospital Tracheal Intubation, Prehospital Emergency Care, March 2010
12. Wayne, MA, Adult Intraosseous Vascular Access in Emergency Medicine, European Critical Care & Emergency Medicine, Volume 1, Nov 2009
13. Wayne, MA, Singer, A, Advanced Wound Management: Myths and Realities, Emergency Medicine, March 2009
14. Wayne, MA, Use of Video Laryngoscopy in a Ground EMS System, JEMS Supplement, Sept 2008
15. Wayne, MA, Intraosseous Vascular Access, Devices, Dites, and Rational, State of the Science, JEMS Supplement, Oct 2007.
16. Fowler, R, Gallagher, J, Isaccs, M, Ossman, E, Pepe, P, Wayne, M - The Role of Intraosseous Vascular Access in the Out-of-Hospital Environment (Resource Document to NAEMSP Position Statement). Prehospital Emergency Care Jan 2007.
17. Wayne, M.A., and Mosesso, V.N., Jr. – The Out of Hospital Management of Acute Heart Failure. in Observation Unit Management of Acute Heart Failure, Published May 2006
18. Wayne, M.A. - New Concepts in the Prehospital and ED Management of Pelvic Trauma. Israel Journal of Emergency Medicine, February 2006.
19. Cone, D.C., Cahill, J.C., Wayne, M.A.-Cardiopulmonary Resuscitation; in Capnography: Clinical Aspects, Cambridge University Press, Nov 2004
20. Wang, H.E., Davis, D.P., Wayne, M.A.-Prehospital Rapid-Sequence Intubation-What Does the Evidence Show? Prehospital Emergency Care, October-November 2004
21. Wayne, M.A., Racht, E.M., et al – Prehospital Management of Cardiac Arrest: How useful are the Vasopressor and Antiarrythmic Drugs? Prehospital Emergency Care, January-February 2002.
22. Thomas, S.H., Wedel, S.K., Wayne, M.A. – Oxygenation, Ventilation, and Monitoring in Prehospital Trauma Care, Marcel Decker Inc. August 2001.
23. Margolis, G.S., Wayne, M.A., Berlin, P. - The role of the Paramedic in Prehospital Trauma Care in Prehospital Trauma Care. Marcel Decker Inc. August 2001.
24. Wayne, M.A., Delbridge, T.R., et al – Concepts and Application of Prehospital Ventilation. Prehospital Emergency Care, January-March 2001.
25. Wayne, M.A., Slovis, C.M., Pirrallo, R.G. - Management of Difficult Airways in the Field. Prehospital Emergency Care, October-December 1999.
26. Wayne, M.A., Friedland, B.T. - Pre-Hospital Use of Succinylcholine - A 20 Year Review. Prehospital Emergency Care, April-May 1999.
27. Levine, R.L., Wayne, M.A., Miller, C.C. - End Tidal $CO_2$ and Outcome in Out of Hospital Cardiac Arrest. New England Journal of Medicine, July 31, 1997.
28. Wayne, M.A., Levine, R.F., Miller, C.C. - The Use of End Tidal $CO_2$ to Predict Outcome in Pre-Hospital Cardiac Arrest. Annals of Emergency Medicine, June 1995.
29. Wayne, M.A. - Use of $ETCO_2$ in Cardiac Arrest. Proceedings of International Emergency Medicine Conference, London, England, May 1994.
30. Wayne, M.A., Yarnall, S.R. - The New Dr. Cookie Cook Book. Wm. Morrow Jan 1994.

NOBLE00469

31. Wayne, M.A. - <u>The Other Side of the Coin</u>. Journal of Emergency Medical Services, October 1993.
32. Wayne, M.A., Carrero, R.C. - <u>Chest Pain</u> in Schwartz's Textbook of Emergency Medicine. Lea and Febiger, May 1992, revised 1998.
33. Wayne, M.A., Carrero, R.C. - <u>Thoracic Trauma</u>. Emergency Medicine Clinics of North America May 1988.
34. Danzl, D., Pozos, R., Wayne, M.A., et al - <u>Multi-center Hypothermia Survey</u>. Presented 3rd UAEM-IREM Meeting, Tampa, Florida, March 1987. Annals of Emergency Medicine, September 1987.
35. Wayne, M.A. - <u>Dr. Cookie's Cookbook</u>. Liberty Publishing Co., Deerfield Park, FL, 1987.
36. Wayne, M.A., Brown, D.C. - <u>Catecholamine Levels in Cardiac Arrest</u>. Presented First International Meeting on Emergency Medicine, London, England, March 1986.
37. Wayne, M.A. - <u>A Clinical Evaluation of Epi-Lock™...A New Semi-Occlusive Dressing</u>. Annals of Emergency Medicine, January 1985.
38. Wayne, M.A., MacDonald, S.C. - <u>Clinical Evaluation of the Anti-Shock Trousers, Retrospective Analysis of Five Years Experience</u>. Annals of Emergency Medicine, June 1983.
39. Wayne, M.A., McSwain, N.E. (Editor) - <u>Using Antishock Trousers</u>. Emergency Training, Westport, Connecticut, 1982.
40. Wayne, M.A., Rotastein, R.F. (Editors) - <u>Emergency Management of the Multiple Trauma Patient</u>. American College of Emergency Physicians, 1982.
41. Wayne, M.A., Consulting and Contributing Editor - <u>Emergindex</u>. Micromedex, Denver, Colorado, Fall 1981-Present
42. Wayne, M.A., McSwain, N.E., Skeleton, M.B., Butman, A. (Editor) - <u>Advanced Skills for the E.M.T.</u>
43. Wayne, M.A. - <u>Tension Pneumothorax - A Life Threatening Emergency and a New Way to Treat.</u> Current Concepts in Trauma Care Fall 1980.
44. Wayne, M.A., McSwain, N.E. - <u>Clinical Evaluation of a New Device for the Treatment of Tension Pneumothorax</u>. Annals of Surgery, June 1980.
45. Borscheneck, A.G., Wayne, M.A. - <u>Sager Emergency Traction Splint - A New Splinting Device for Lower Limb Fractures</u>. NAEMT Journal, March 1980.
46. Diack, A., Welborn, S.T., Rullman, R.B., Wayne, M.A. - <u>Automatic Device for Cardiac Resuscitation</u>. Medical Instrumentation, March 1979.
47. Wayne, M.A. - <u>Out of Hospital Resuscitation from Ventricular Fibrillation in an Urban Rural Community</u>. Proceedings of D.H.E.W. Evaluation Symposium, Seattle, July 1978.
48. Wayne, M.A. - <u>The How To of Urban Rural E.M.S.</u> Emergency Products News, March 1978.
49. Wayne, M.A., Hedberg, G. - <u>Development of an Urban Rural Paramedic System</u>. Paramedics International, March 1978.
50. Wayne, M.A. - <u>The MAST Suit in Cardiogenic Shock</u>. JACEP, March 1978.
51. Wayne, M.A., Salenger, E. - <u>Procedures in Emergency Medicine</u>. A Laboratory Syllabus for U.C.L.A. Post Graduate Institute, February 1978.
52. Wayne, M.A. - <u>Development of an Urban-Rural E.M.S. System and Its Application to Natural Disaster</u>. Proceedings of Bicentennial E.M.S. and Trauma Meeting, Baltimore,
53. Wayne, M.A. - <u>Development of an Urban-Rural E.M.S. System</u>. Proceedings of Bicentennial E.M.S. and Trauma Meeting, Baltimore, 1976.
54. Wayne, M.A. - <u>Treatment of PAT by Facial Immersion in Ice Water</u>. JACEP, June 1976.
55. Middleton, C.E., Wayne, M.A. - <u>Treatment of High Velocity Missile Wounds of the Colon by Closure and Exteriorization.</u> J.of Trauma, June 1975.

| Date | Firm | Case | Type |
|---|---|---|---|
| January, 2009 | Lester & Hyldahl<br>217 Prospect ST.<br>Bellingham, WA 98225 | Frederick Brune | Trial Testimony |
| June, 2009 | Morgan & Morgan<br>188 E Capitol St, Ste. 777<br>Jackson, MS 39201 | Antonio Davis v A M R | Deposition |
| September, 2009 | Doyle Berman Murdy<br>1313 East osborn Rd., Suite 100<br>Phoenix, AZ 85014 | Manuel Delgado v et al | Deposition |
| July, 2010 | Peterson Young Putra<br>1501 Fourth Ave.<br>Seattle, WA 98101 | Calahan v Ballard | Deposition & Tri: |
| Dec. 2010 | Peterson Young Putra<br>1501 Fourth Ave<br>Seattle, WA 98101 | Richards v AMR et al | Deposition |
| March 2011 | Peterson Young Putra<br>1501 Fourth Ave<br>Seattle, WA 98101 | Summer Richards | Trial Testimony |
| March 2012 | Rossman Law Group<br>737 N. 7th St.<br>Boise, ID 83702 | Hailey Birch v<br>West Valley Emergency | Deposition |
| Sept 2012 | Connelly Law Offices<br>2301 North 30th Street<br>Tacoma, WA 98403 | Oglesby v. Multicare Health System | Deposition |
| April 2013 | Cable, Langenbach,<br>Kinerk & Bauer<br>1000 Second Avenue<br>Seattle, WA 98104 | Andrew Potebnya | Deposition |
| March 2013 | Gaddis Kin Herd & Craw<br>118 South Wahsatch<br>Colorado Springs, CO | McClanahan | Depsoilion |
| Sept. 2013 | Muslin & Sandberg<br>19 Soouth La Salle Street<br>Chicago, ill | Tylisha Brown | Deposition |
| Sept 2013 | Mithoff Law Firm<br>3450 One Allen Ctr<br>Houston, TX | McDonald | Deposition |
| April 2014 | Ryan Krebs<br>805 W. 10th Street<br>Austin, TX | Crystal Delaune | Deposition |
| May 2014 | Gaddis Kin Herd & Craw<br>118 South Wahsatch<br>Colorado Springs, CO | McClanahan | Trial |

**NOBLE00471**

456 14th St.
Bellingham, Washington 98225
360-676-8939 fax 360-738-7138
Mobile 360-303-2715

# Marvin A. Wayne, MD, FACEP

December 9, 2010

Legal consultation:

Fee Schedule:
Initial case review and consultation: $1,000-$3000 (dependent on amount of documents and timeline, usual $1000) This includes initial review and consultation on facts and merits of case.

Follow up case reviews and consultation: $300 per hour

Deposition: $500 per hour with a 3 hour minimum

Court testimony: $2000 per day of trial, $500 per travel, non testimony day, for less than 4 hrs travel, $1000 per travel day, greater than 4 hrs.

In addition reasonable expenses for travel and lodging if required.


Sincerely,



Marvin A. Wayne, MD, FACEP

NOBLE00472

# *Marvin A. Wayne, MD, FACEP*

456 14th St.  
Bellingham, Washington 98225

Phone: 360-676-8939  
Fax: 360-738-7138  
mawayne2@gmail.com

Re:     C.A. No. 4:12-cv-03510; *Jonnie Ryan, As Personal Representative of Mark Ryan and the Estate of Mark Ryan v. Hercules Offshore, Inc., Hercules Liftboat Company, LLC, Noble Drilling, Inc. and Wild Well Control, Inc.*; In the United States District Court for the Southern District of Texas, Houston Division.

| | |
|---|---|
| Bill for initial case review and discussion: | $1000 |
| Bill for additional case review, consultation, report preparation | |
| 8hrs @ $300 per hour | $2400 |
| Total | $3400 |

Tax ID number 91-1143756

NOBLE00473